Re: WR-18,932-06

18,932-06

March 22, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta Clerk

Dear Clerk,

I would like to know the current status of my application for writ of habeas corpus and if possible an estimation of when it may be heard by the court.

The case is styled Ex Parte Phillip Wayne Kersh, trial court no. 10-11-11960-CR(1) out of Montgomery County, Texas. It was presented to the court of appeals along with the complete record on Sept. 15, 2014.

Thank you for your time and consideration in this matter.

Sincerely,
Phillip Wayne Kersh
T.D.C.J # 1714944
Wynne Unit